# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**SHELDON CUMMINS,**

    **Plaintiff,**

**v.**                                                    **No. 14-cv-0558 LH/SMV**

**JOSEPH GARCIA, et al.,**

    **Defendants.**

## <u>ORDER</u>

THIS MATTER having come before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, and the Court being fully advised;

IT IS ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 2] is hereby **GRANTED**, and Plaintiff may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**